FILED
OCT 0 8 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

J & J Sports Productions, Inc.

V.

Maria Ascencion Macias, individually and dba El Metate Mexican Restaurant

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv512-IEG(WMC)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **GRANTS** Plaintiff's Motion for Default Judgment. Judgment is entered in favor of Plaintiff and against Defendants in the amount of $8000. Court **GRANTS** Plaintiff's motion for reasonable attorney's fees in an amount to be approved. Case is closed..................................................

| October 8, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

J. Haslam
(By) Deputy Clerk

ENTERED ON October 8, 2009